State v. Aldridge

STATE OF NORTH CAROLINA v. DAVID ALDRIDGE, JR.

No. 7319SC817

(Filed 9 January 1974)

APPEAL by defendant from *Exum, Judge,* 6 August 1973 Session, Superior Court, CABARRUS County.

Defendant was charged with operating a motor vehicle on a public street or highway while his operator's license was suspended. In district court he waived, in writing, his right to assigned counsel. He entered a plea of guilty and appealed to the superior court from the judgment entered. In superior court he entered a plea of not guilty, was found guilty by the jury, and appealed from the judgment entered on the verdict. He was represented in superior court by court-appointed counsel, appointed upon a determination of defendant's indigency.

*Attorney General Morgan, by Associate Attorney Kramer, for the State.*

*Grant and Grant, by Adam C. Grant, Jr., for defendant appellant.*

MORRIS, Judge.

Defendant's counsel requests this Court to review the record to determine whether prejudicial error was committed at defendant's trial. After a careful examination of the record, we are unable to find error in the proceedings in the trial court. Defendant was convicted by a jury upon a plea of not guilty. The warrant was proper in form, and the evidence for the State was more than sufficient to support the jury's verdict. The suspended sentence imposed is within the statutory limits.

It is clear from the record that defendant received a fair trial, free from prejudicial error.

No error.

Chief Judge BROCK and Judge CARSON concur.